

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00314-CV

_____

IN RE JOHN S. VANDERBOL III, Relator

---

Original Proceeding
Trial Court No. CV16-00095

---

Before Walker, Gabriel, and Pittman, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and first amended emergency motion to stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and first amended emergency motion to stay are denied.

Per Curiam

Delivered: October 8, 2018